IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 23-36 |
| | : |
| TERRELL SPADY | : |

## **ORDER**

This 14th day of November, 2023, it is hereby **ORDERED** that Defendant's Motion to Dismiss the Indictment, ECF 22, is **DENIED.**

/s/ Gerald Austin McHugh<br>
United States District Judge